UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Dwight Cornelius Jordan                              Chapter 13
                                                             Case No. ___
Debtor.

## Chapter 13 Plan

Address:    Debtor   2530 Persing Avenue, Memphis, TN 38112

Plan Payment:

Debtor Shall Pay:  $331.00  Monthly            By:   ( x ) Direct Pay  Self Employed
Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes   ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes   ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                            (X) Yes   ( ) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.
3. Auto Insurance:    ( ) Included in Plan    Or (x) Not Included in Plan if proof provided by Debtor
4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment ( ) Trustee To:            Monthly Pmt.

| | | | |
|---|---|---|---|
| CCSRU | ongoing payment begins | Valerie McKellar | $0.00 |
| | Approximate arrearage | $1,000.00 (partial) | $17.00 |
| | ongoing payment begins | | |
| | Approximate arrearage | | |

5. Priority Claims:                                                                              Monthly Pmt.

| | | | |
|---|---|---|---|
| TN. Dept. of Revenue | Amount | $3,000.00 | $50.00 |
| | Amount | | |

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:               Monthly Pmt.

| | | | | |
|---|---|---|---|---|
| | ongoing payment begins | | | |
| | Approximate arrearage | | Interest | |
| | ongoing payment begins | | | |
| | Approximate arrearage | | Interest | |

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value   Interest Rate   Monthly Pmt.

| | | | |
|---|---|---|---|
| Ace Cash Express | $600.00 | 0.00% | $13.00 |
| Cash N Dash | $800.00 | 0.00% | $17.00 |

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

| | Collateral | |
|---|---|---|
| | Collateral | |

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Blues City Properties | $2,318.00 | 0.00% | $39.00 |
| City Court Clerk | $764.00 | 0.00% | $13.00 |
| General Sessions Court Clerk | $3,542.92 | 0.00% | $60.00 |
| Tennessee Dept. of Safety | $1,042.00 | 0.00% | $18.00 |

11. Student Loan Claims and Other Long Term Claims:

    _____    ( ) Not Provided For    ( ) General Unsecured Creditor
    _____    ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

    Tower Loan (protect CM)

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    Blues City Properties                    (X) Assume    ( ) Reject
    _____                  ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract.

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Joseph D. Fox         Date    March 22, 2019
    Debtor's Attorney's Signature

                                                        March 22, 2019    910 > September 23, 2016